IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR26 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT |
| | ) | PREJUDICE |
| JOSE ANTONIO CHAVEZ-RODRIGUEZ | ) | THE INDICTMENT |
| | ) | AGAINST DEFENDANT |
| Defendant. | ) | JOSE ANTONIO CHAVEZ- |
| | ) | RODRIGUEZ |
| | ) | |

This matter is before the Court on the Plaintiff's motion for leave pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss this case as against the Defendant, Jose Antonio Chavez-Rodriguez (Filing No. 74).

IT IS ORDERED:

1.     The Plaintiff's motion for leave to dismiss this case as against the Defendant, Jose Antonio Chavez-Rodriguez (Filing No. 74) is granted; and

2.     Leave of court is granted for the dismissal without prejudice of the Indictment regarding Defendant, JOSE ANTONIO CHAVEZ-RODRIGUEZ.

DATED this 4th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge